30 A.3d 1102

James McCODE, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 62 EM 2011.

Supreme Court of Pennsylvania.

Oct. 24, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**